UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL FRANKLIN,**

    **Plaintiff,**

v.                                      Case No: 8:23-cv-520-MSS-AAS

**WELLS FARGO BANK, N.A.,
PAYPAL, INC., WESTERN UNION,
and JOHN DOE,**

    **Defendants.**
_____/

**ORDER**

    **THIS CAUSE** comes before the Court for consideration of Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss for Failure to State a Claim. (Dkt. 42) Incredibly, Plaintiff has failed to respond to the Motion to Dismiss. This failure is particularly noteworthy because the Court previously ordered Plaintiff's counsel to show cause for failing to properly manage numerous cases filed in this jurisdiction. (Dkt. 43) This Order followed the Court's granting of the various Defendants' motions to dismiss the initial iteration of the complaint in this case. (See Dkt. 40)

    The Court granted Plaintiff fourteen days to file an amended complaint to cure the deficiencies previously noted. Noting Plaintiff's counsel purported to withdraw the claims against Defendant Western Union and that the Court lacked subject matter jurisdiction over the claims against Defendant PayPal, Inc., the Court permitted

Plaintiff leave to file an amended complaint against Defendant Wells Fargo only. Within the deadline, Plaintiff filed an amended complaint, alleging facts only against Defendant Wells Fargo. While the case caption purports to name multiple defendants, the body of the complaint references only Defendant Wells Fargo.

Defendant Wells Fargo, thereafter, filed a motion to dismiss the Amended Complaint. While Plaintiff's counsel responded to the Court's Show Cause Order with various explanations and excuses for his prior conduct and missteps in this jurisdiction, counsel has once again failed to discharge his responsibility to his client and to the Court by failing to respond to the Motion to Dismiss filed by Defendant Wells Fargo. The deadline to do so has long since passed.

Moreover, even a cursory review of the amended complaint reveals that it fails to cure the previously identified deficiencies and, as explained in the Motion to Dismiss, it introduces additional defects.

Accordingly, Defendant Wells Fargo's Motion to Dismiss, (Dkt. 42), is **GRANTED**. Counsel's flagrant failure to comply with the Court's rules, the failure to file timely a timely response, and the failure to remedy the identified deficiencies, especially after being issued a Show Cause Order, warrants dismissal of the Amended Complaint **WITH PREJUDICE**. **It is so ORDERED**. The **Clerk** is directed to **CLOSE THIS CASE.**

**DONE and ORDERED** in Tampa, Florida this 18th day of February 2025.

**Copies mailed to:**
Counsel of Record
Any Unrepresented Person

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE